USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITY ALARM FINANCING ENTERPRISES,
L.P., and CALIFORNIA SECURITY ALARMS INC.,
                              Plaintiffs,

                    -against-

CITIZENS BANK, N.A., and CITIZENS FINANCIAL
GROUP, INC.,
                              Defendants.
-----------------------------------------------------------------X

19 CIVIL 2679 (GBD)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Decision and Order dated January 24, 2020, Plaintiff's motion for judgment on the pleadings is GRANTED.

**Dated:** New York, New York
          January 24, 2020

                                              **RUBY J. KRAJICK**
                                                    Clerk of Court

                      BY: _____
                                                   **Deputy Clerk**